The document below is hereby signed.

Signed: June 30, 2010.



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| RICARDO ANDRES BOPP and | ) | Case No. 10-00121 |
| DANIELA IVONNE BOPP, | ) | (Chapter 13) |
| | ) | Not for Publication in |
| Debtors. | ) | West's Bankruptcy Reporter |

MEMORANDUM DECISION RE MOTION TO VACATE DISMISSAL
ORDER OR TO MAKE THE DISMISSAL A DISMISSAL WITHOUT PREJUDICE

By an order entered on April 20, 2010, the court dismissed this case with prejudice for 180 days.  Forty-three days later, on June 2, 2010, the debtors filed a motion to vacate the order of dismissal or alternatively to amend the order of dismissal to make the dismissal one without prejudice.  The court has already denied the request to vacate the order of dismissal.

As to the request to make the dismissal one without prejudice, the court noted that in another case Ricardo Andres Bopp had acknowledged the existence of other creditors. Accordingly, in an order entered on June 8, 2010, the court directed the debtors by June 25, 2010, to file an amended list of creditors and mailing matrix, and to give to the added creditors notice of the pendency of this case, and indicated that the the

motion's request to make the dismissal of the case without prejudice would be denied if the debtors did not comply with that directive. Despite the passage of 22 days after entry of the order on June 8, 2010, the debtors have still failed to comply with the directive. Accordingly, the request to make the dismissal one without prejudice will be denied.

    The chapter 13 trustee's unopposed motion asserted that "Daniela I. Bopp, has failed to appear and submit to an examination under oath at the rescheduled § 341 Meeting of Creditors on March 15, 2010, as required by 11 U.S.C. § 343." The debtors' motion utterly fails to address that ground for dismissal with prejudice, and, as to Daniela I. Bopp, that is an additional ground to deny the motion without the necessity of a hearing.

    An order follows.

[Signed and dated above.]

Copies to: Debtors; Debtors' attorney; Chapter 13 Trustee; Martha Davis, Esq., Office of United States Trustee.